PERKINS et al., Respondents, v. OLMSTED, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) Action by Erickson Perkins and others against William L. S. Olmsted. No opinion. Judgment and order affirmed, with costs.

PERLEY, Appellant, v. SHUBERT, Respondent. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Frank L. Perley against Lee Shubert. F. Bien, for appellant. B. N. Cardozo, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 106 N. Y. Supp. 593.

PFEIFFER, Respondent, v. ROE, Appellant. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by Fred F. Pfeiffer, as sole trustee of the estate of James W. Hennessy, a bankrupt, against John M. Roe.
PER CURIAM. Judgment and order affirmed, with costs, on authority of Pfeiffer v. Roe, 108 App. Div. 54, 95 N. Y. Supp. 1014.
CHESTER and SEWELL, JJ., dissent.

PENDRY, Appellant, v. BIDELMAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) Action by Augustus S. Pendry against Charles Bidelman and others.
PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the plaintiff to plead over upon payment of the costs of the demurrer and of this appeal.
McLENNAN, P. J., not sitting.

In re PENNSYLVANIA, N. Y. & L. I. R. CO. PENNSYLVANIA, N. Y. & L. I. R. CO., Appellant, v. McGRANE et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) In the matter of the application of the Pennsylvania, New York & Long Island Railroad Company to acquire several parcels of land, etc., in the city of New York, borough of Queens. Action by the Pennsylvania, New York & Long Island Railroad Company against John J. McGrane and others. No opinions. Order affirmed, with $10 costs and disbursements.

PETCHTLE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by Emmet Petchtle against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

PETERSON, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Charles Peterson against the city of New York. L. L. Kellogg, for appellant. T. Farley, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

PETTIBONE et al., Respondents, v. THOMSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) Action by Ralph S. Pettibone, as administrator, etc., against Coridon S. Thomson and others.
PER CURIAM. Judgment affirmed, with costs.
McLENNAN, P. J., dissents, and votes for modification of the judgment by requiring plaintiffs to sell the claims transferred as collateral security before resorting to the real estate.

PICIRILLI, Respondent, v. JULIAN, Appellant (two cases). (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Attilio Picirilli against Angelo Julian. T. A. McKennell, for appellant. A. E. Pressenger, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PIRRUNG, Respondent, v. SUPREME COUNCIL, C. M. B. A., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1908.) Action by Peter Pirrung, individually, etc., against the Supreme Council, C. M. B. A.
PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the Code Napoleon and certificate should have been received in evidence. See 93 N. Y. Supp. 575.

PLACE, Respondent, v. MORRIS et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by Charles Place against Stephen Morris, Elliott R. Smith, as trustee, etc., and others. No opinion. Order entered, dismissing appeal on consent, without costs to either party.

PLETZKE, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1908.) Action by Elizabeth Pletzke, as administratrix, etc., against the Pennsylvania Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs. See 101 N. Y. Supp. 1139.
McLENNAN, P. J., dissents.

PLUNKETT PLUMBING & HEATING CO., Respondent, v. BASSFORD REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by the Plunkett Plumbing & Heating Company against the Bassford Realty Company and others. W. F. Clare, for appellants. H. S. Sayers, for respondent. No opinion. Order affirmed, without costs. Order filed. See 102 N. Y. Supp. 483.

In re POILLON. (Supreme Court, Appellate Division, First Department. June 12, 1908.) In the matter of Charlotte Poillon. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

POLLAY, Respondent, v. ROME, W. & O. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Mary A. Pollay, as adminis-

tratrix, etc., against the Rome, Watertown & Ogdensburg Railroad Company and another. No opinion. Judgment and order affirmed, with costs.

In re POPP. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) In the matter of the judicial settlement of the account of Anton Popp, as one of the executors of the last will and testament of Marianne Kempf, deceased.

PER CURIAM. The order of reference is reversed, without costs, as a reference is unnecessary; but the surrogate has jurisdiction to hear and determine the question. See 107 N. Y. Supp. 277.

PORCELLA, Appellant, v. NORTON, Respondent. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Santiago Porcella against Evermont H. Norton. H. G. K. Heath, for appellant. F. D. S. Bethune, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

PORTER v. PORTER et al. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Julia C. Porter, an infant, etc., against Alexander J. Porter and another, as executors, etc. No opinion. Motion for new trial denied, and interlocutory judgment affirmed, with costs of this appeal to both parties (one bill to the defendants), to be paid out of the estate.

PRENTICE, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Catherine M. Prentice, as administratrix, etc., of Edith Prentice, deceased, against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

PROCHAZKA, Appellant, v. HAYDEN, Respondent. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by Ferdinand Prochazka against William B. Hayden. No opinion. Judgment affirmed, with costs.

QUEENS BOROUGH CORPORATION, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by the Queens Borough Corporation against the city of New York. No opinion. Order affirmed on argument, with $10 costs and disbursements.

QUEENS BOROUGH CORPORATION, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by the Queens Borough Corporation against the city of New York. No opinion. Judgment affirmed on argument, with costs.

In re QUIRIN. (Supreme Court, Appellate Division, Fourth Department. May 29, 1908.) In the matter of the petition of George L. A.

QUIRIN, to remove from office Charles W. Carter, a justice of the peace of the town of Olean, N. Y. No opinion. Order entered postponing proceedings under order to show cause until July 7, 1908, at 2 p. m.

RABINOWITZ, Appellant, v. PIZER, Respondent. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Julius Rabinowitz and others against Leon Pizer. Max D. Steuer (William M. Seabury, of counsel), for appellants. Max Schleimer (Morgan J. O'Brien, of counsel), for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed. See 108 N. Y. Supp. 994.

RANDALL, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Frederick G. Randall against the city of New York. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

RANDALL, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Frederick G. Randall against the city of New York. No opinion. Judgment affirmed, on argument, with costs.

RAUCH v. DONOVAN. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Gretchen Rauch against Elizabeth Donovan. No opinion. Motion denied. Order filed.

In re REED. (Supreme Court, Appellate Division, First Department. June 12, 1908.) In the matter of Gus Reed. No opinion. Motion granted. Order resettled.

REILLY, Appellant, v. HASELTINE, Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by Mary Reilly against George Haseltine. No opinion. Motion granted, without costs.

REISLER v. SPRINGER. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Morris Reisler, an infant, etc., against John H. Springer. No opinion. Motion granted. Order filed.

REPTIE v. MUTUAL TERMINAL CO. OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) Action by Catherine Reptie, as administratrix, etc., against the Mutual Terminal Company of Buffalo.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, and judgment directed for defendant upon the nonsuit, with costs.

McLENNAN, P. J., not sitting.

RETTER, Respondent, v. OLEAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.)